EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: edric.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COU
DISTRICT OF HAWAII

JUL 21 2004

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTHEW B. BECKSTRAND,<br><br>            Defendant. | CR 04-00273 SOM<br><br>INDICTMENT<br><br>[18 U.S.C. §2113(a)] |

## INDICTMENT

### COUNT 1

The Grand Jury charges:

On or about May 28, 2004, in the District of Hawaii, defendant MATTHEW B. BECKSTRAND, by intimidation and threat of death, did take from the person and presence of another money belonging to, and in the care, custody, control,

management, and possession of Bank of Hawaii, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

The Grand Jury further charges:

On or about June 1, 2004, in the District of Hawaii, defendant MATTHEW B. BECKSTRAND, by intimidation and threat of death, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of Hawaii National Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

//
//
//
//
//
//
//
//
//
//
//

In violation of Title 18, United States Code, Section 2113(a).

DATED: ___JUL 2 1 2004___, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney